JS6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-CV-01242-RGK-AFM | Date | February 24, 2023 |
|---|---|---|---|
| Title | ***MARTIN PEREZ v. SQUARE ONE PREP, INC., et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On October 28, 2022, Martin Perez ("Plaintiff") filed a complaint against Square One Prep Inc. and Kathryn Lucas ("Defendants") alleging statutory claims for violations of the California Labor Code and California Business and Professions Code. The claims arise out of Plaintiff's employment as Technology Lead for Defendants.

On February 17, 2023, Defendants removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendants' Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involved an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must plausibly allege in its notice of removal that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553-54 (2014).

In his complaint, Plaintiff seeks damages related to an alleged misclassification of his four and half month employment as an exempt employee. In support of their removal, Defendants point to allegations that purportedly state that Plaintiff suffered in excess of $100,000. (Notice of Removal ¶ 12.) Upon review of the complaint, however, no such allegation was made. (*See* Compl. ¶¶ 24-26.) Defendants then generally state that the damages Plaintiff seeks, including attorneys fees and punitive damages, establishes that the amount in controversy exceeds the jurisdictional minimum.

Based on Defendants' mischaracterization of Plaintiff's allegations and their overly vague generalizations regarding Plaintiff's prayer for relief, the Court finds that Defendants have failed to

JS6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-CV-01242-RGK-AFM | Date | February 24, 2023 |
|---|---|---|---|
| Title | *MARTIN PEREZ v. SQUARE ONE PREP, INC., et al* | | |

satisfy their burden of plausibly alleging that the amount in controversy meets the jurisdictional requirement.

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

cc: Superior Court of California, County of Los Angele, 22AVCV00865

:

Initials of Preparer   JRE/vc